# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JESSE ALEX SUTHERLAND,** <br><br> Defendant. | CR 24-72-GF-BMM <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Jesse Alex Sutherland, pled guilty to Count 2 of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the firearm described in the Indictment under 18 U.S.C. § 924(d)(1); and

THAT prior to the disposition of the asset, the United States Marshal's Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives; the Drug Enforcement Administration, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Sutherland's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- Anderson Manufacturing, model AM-15, multi-caliber rifle, serial number 17107155
- Any and all assorted ammunition

THAT the United States Marshal's Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives; the Drug Enforcement Administration, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture.

    DATED this 27th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts